RECEIVED
BY MAIL
AUG 4 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., ) ) ) Plaintiffs/Judgment Creditors, ) ) v. ) ) KRAFT & ASSOCIATES CO., ) ) Defendant/Judgment Debtor. ) | Case No. 4:11CV75-CAS  Return Date: August 1, 2011 |

## INTERROGATORIES DIRECTED TO GARNISHEE

TO: MONTGOMERY BANK
Serve: Agent Authorized to Accept Service
1229 South Laclede Station Road
Webster Groves, Missouri 63119

Note: This garnishment is directed to any and all property belonging to and assets of Defendant and Judgment Debtor Kraft & Associates, Co., whose last known address is 9738 Gravois Road, St. Louis, Missouri 63123, including but not limited to any and all depository accounts held in the name of or for the benefit of Defendant and Judgment Debtor Kraft & Associates, Co., any income or debts due to said Defendant and Judgment Debtor Kraft & Associates Co., individually or jointly with any other person or entity, which is in your custody and control, and which is subject to garnishment.

INSTRUCTIONS: You are to answer the interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the **ORIGINAL** TO:

United States District Court
Attn: Clerk
111 South Tenth Street, Suite 3.300
St. Louis, Missouri 63102

and a **COPY** to the attorney for the Judgment Creditor listed below:

>Greg A. Campbell
>HAMMOND AND SHINNERS, P.C.
>7730 Carondelet, Suite 200
>St. Louis, Missouri 63105

Come now plaintiffs pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 90.13 of the Missouri Supreme Court Rules, and exhibit the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

1. State whether Defendant and Judgment Debtor Kraft & Associates Co. has a savings account or a checking account with your banking institution and provide the account number and balance for the respective accounts.

   **ANSWER:** NO ACCOUNTS CLOSED

2. At said time, were you, or have you since become, or are you now, in any way indebted to the Defendant and Judgment Debtor Kraft & Associates Co.?

   **ANSWER:** NO

A. If your answer to Interrogatory No. 2 is in the affirmative, state in what amount and describe in detail any instrument or writing evidencing you are so indebted.

ANSWER:

3. At said time, were you, or have you since become, or are you now, bound in any contract to pay Defendant and Judgment Debtor Kraft & Associates Co. money which is not yet due?

ANSWER: NO

A. If your answer to Interrogatory No. 3 above is in the affirmative, state the nature of such contract, the amount of money to be paid thereunder and when the same was or is to become due and payable.

ANSWER:

4. At the time you were summoned as garnishee had you, or have you since that time had, or have you now, in your possession, custody or charge, or under your control, any goods, chattels, property, monies, credits or effects belonging to the Defendant and Judgment Debtor Kraft & Associates Co.?

**ANSWER:** NO

A. If your answer to Interrogatory No. 4 above is in the affirmative, state what they were or are, how much and their value, and how they came into your possession, custody, control or charge.

**ANSWER:**

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax: (314) 727-6804

/s/ Greg A. Campbell
GREG A. CAMPBELL, #2774

Attorneys for Plaintiffs/Judgment Creditors

## ATTESTATION TO BE COMPLETED BY GARNISHEE

STATE OF MISSOURI ）
　　　　　　　　　　） SS.
COUNTY OF __Scott__ ）

　　　　__Sheryl Frazier__, being duly sworn on his/her oath, the undersigned certifies he/she answered the foregoing interrogatories to the best of his/her knowledge, information, and belief.

__Sheryl Frazier__　　　　　　　*Sheryl Frazier* (signature)
Print Name　　　　　　　　　　　Signature

__Operations/Accounting__
Position

__August 1, 2011__
Date

　　Subscribed and sworn to before me this _1 st_ day of __August__, 2011.

My Commission Expires: [notary seal: BRENDA WINTERS, EXP. 03/02/2014, NOTARY PUBLIC, SCOTT COUNTY, STATE OF MISSOURI]　　*Brenda Winters* (signature)
　　　　　　　　　　　　　　　　NOTARY PUBLIC

### Certificate of Service

　　The undersigned certifies that the original of the foregoing Answers to Interrogatories Directed to Garnishee were sent via first-class U.S. mail to the Clerk of the Court, U.S. District Court, 111 South Tenth Street, Suite 3.300, St. Louis, MO 63102, and a copy was also mailed to Greg A. Campbell, Attorney for Plaintiffs/Judgment Creditors, 7730 Carondelet Avenue, Suite 200, St. Louis, MO 63105, this _1st_ day of __August__, 2011.

　　　　　　　　　　　　　　　　*Sheryl Frazier* (signature)
　　　　　　　　　　　　　　　　Signature of Garnishee



**Montgomery BANK**

BY MAIL
AUG 4 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

August 1, 2011


Attn: Clerk
United States District Court
111 South Tenth Street Suite 3.300
Saint Louis, MO 63102


Re: Carpenters' District Council of Greater St. Louis & Vicinity, et al., vs. Kraft & Associates Co.

In reference to garnishment case number 4:11cv75-cas, please find the enclosed copy of the interrogatory on Carpenters' District Council of Greater St. Louis & Vicinity, et al. vs. Kraft & Associates Co. We have no funds.

Sincerely,

*Sheryl Frazier*

Sheryl Frazier
Montgomery Bank
One Montgomery Bank Plaza
P.O. Box 948
Sikeston, MO 63801
573-471-2275

Enclosure

  Telephone: 1-800-455-2275 • E-mail: customerservice@montgomerybank.com  
EQUAL HOUSING LENDER



**Montgomery**
BANK

P.O. BOX 948 ★ SIKESTON, MO 63801-0948

Return Service Requested

PRESORTED
FIRST CLASS

016H26521190
$00.539
08/01/2011
Mailed From 63801
US POSTAGE
Hasler

RECEIVED BY MAIL
AUG - 4 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
ATTN: CLERK
111 SOUTH TENTH STREET
SAINT LOUIS MO 63102